UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH R. HOLBERG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF OKANOGAN, JUDGE JACK BURCHARD, ATTORNEY ANTHONY CASTELDA and JOY A HOLBERG-RUSTAN,<br><br>　　　　　Defendants. | NO.  CV-10-5095-CI<br><br>ORDER REJECTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO VOLUNTARILY DISMISS |

BEFORE THE COURT is a Report and Recommendation to Dismiss the Complaint without Prejudice for failure to state a claim upon which relief may be granted (ECF No. 21).  Plaintiff, a prisoner at the Coyote Ridge Correction Center, is proceeding *pro se* and *in forma pauperis*.  Defendants have not been served.

Plaintiff brought this action against his former spouse, her attorney, and the judicial officer presiding over a state court marriage dissolution proceeding.  Although granted numerous opportunities to do so, Plaintiff failed to amend his complaint to allege any facts to lower the shield of judicial immunity. *Stump v. Sparkman*, 435 U.S. 349, 357 (1978); *Ashelman v. Pope*, 793 F.2d 1072, 1075 (9th Cir. 1986).

He also failed to show his former spouse or her attorney were "persons acting under color of state law" for purposes of 42 U.S.C. § 1983.  *Price v. State of Hawaii*, 939 F.2d 702, 707-08 (9th Cir. 1991); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989).

ORDER-- 1

Finally, Plaintiff failed to allege facts showing the County of Okanogan engaged in a pattern or practice that resulted in the deprivation of his constitutional rights. *Gobel v. Maricopa County*, 867 F.2d 1201, 1206 (9th Cir. 1989), (*citing Monell v. New York City Dep't of Social Services*, 436 U.S. 658, 690-94 (1978)).  Therefore, Magistrate Judge Imbrogno recommended dismissal of the complaint without prejudice for failure to state a claim upon which relief may be granted (ECF No. 21).

Rather than file Objections as instructed in the Report and Recommendation, Mr. Holberg has filed a Motion to Voluntarily Dismiss the Complaint pursuant to Rule 41(a), Federal Rules of Civil Procedure (ECF No. 22). Because Mr. Holberg is proceeding *pro se*, and the consequences of having a case dismissed for failure to state a claim upon which relief may be granted could adversely affect Mr. Holberg's future ability to proceed *in forma pauperis*, the court will liberally allow Plaintiff to voluntarily dismiss.

Accordingly, **IT IS ORDERED** the Report and Recommendation (ECF No. 21) is **REJECTED** and Mr. Holberg's Motion (ECF No. 22) is **GRANTED.**  The Complaint is **DISMISSED WITHOUT PREJUDICE.**  Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed.  Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file.  The court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this  11th  day of May 2011.

s/ Rosanna Malouf Peterson
ROSANNA MALOUF PETERSON
CHIEF UNITED STATES DISTRICT JUDGE

ORDER-- 2