AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

KENNETH R. HOLBERG,

          Plaintiff,

                                    **JUDGMENT IN A CIVIL CASE**

          v.

COUNTY OF OKANOGAN, JUDGE JACK
BURCHARD, ATTORNEY ANTHONY CASTELDA and   CASE NUMBER: CV-10-5095-CI
JOY AHOLBERG-RUSTAN,

          Defendants.

☐  **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒  **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  The Complaint is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| May 11, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |